UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOEL WALLEN,

      Plaintiff,      **MEMORANDUM**

 - v -

               CV-12-6196 (MKB)(VVP)

TEKNAVO GROUP,

      Defendant.
-----------------------------------------------------------x

  The plaintiff has submitted letters to the court dated August 22, 2014, Dkt. Ent. 50, and September 3, 2014, Dkt. Ent. 54, in which he requests a copy of the transcript of the August 21, 2014 conference at which the court made various discovery rulings. The plaintiff is advised that in order to obtain a copy of the transcript, he must order it through the clerk's office. He should contact the pro se clerks in the clerk's office for further guidance concerning that matter.

  In the September 3, 2014 letter, the plaintiff seeks clarifications of various rulings made at the August 21 conference. All such clarifications should be contained in the transcript. After obtaining the transcript, if the plaintiff remains unclear as to specific matters disclosed in the transcript, he may request clarification by referring to specific page and line numbers in the transcript.

            SO ORDERED:

            *Viktor V. Pohorelsky*

            VIKTOR V. POHORELSKY
            United States Magistrate Judge

Dated: Brooklyn, New York
     September 15, 2014